1  **Marshall Meyers (020584)**
2  **WEISBERG & MEYERS, LLC**
   **5025 North Central Ave., #602**
3  **Phoenix, AZ 85012**
   **602 445 9819**
4  **866 565 1327 facsimile**
5  **mmeyers@AttorneysForConsumers.com**
   **Attorney for Plaintiff**
6

7                    **UNITED STATES DISTRICT COURT**

8                      **FOR THE DISTRICT OF ARIZONA**

9  | **Lauren Dennis,** | ) Case No. 2:10-cv-01526-SRB |
10 |                    | ) |
11 | Plaintiff,         | ) **NOTICE OF SETTLEMENT** |
   |                    | ) |
12 |     vs.            | ) |
   |                    | ) |
13 | **Pioneer Credit Recovery, Inc.,** | ) |
14 |                    | ) |
   | Defendant.         | ) |
15

16    **NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the

17 District Court of Arizona, Plaintiff's Notice of Settlement with all claims pending having

18 been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days

19

20 within which to complete the settlement and to file a Dismissal in this matter. This Court

21 shall retain jurisdiction over this matter until fully resolved.

22

23
                    Dated this 25th day of August, 2010.
24

25                      By: s/Marshall Meyers
                           Marshall Meyers (020584)
26                      **WEISBERG & MEYERS, LLC**

27

28

1 | Filed electronically on this 25th day of August, 2010, with:
2 |
3 | United States District Court CM/ECF system
4 |
5 | By: s/Jessica DeCandia
6 |     Jessica DeCandia